# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

Stephen Craig Woodard

*Plaintiff(s)*

v.

Commissioner of Social Security

*Defendant(s)*

Civil Action No. 1:14cv223

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award  ☐ Judgment costs  ☐ Other

This action was:

☐ tried by jury  ☐ tried by judge  ☒ decided by judge

decided by Judge Irene M. Keeley

The Court ADOPTS the R&R (Dkt. No. 12); OVERRULES Woodard's objections (Dkt. No. 13); GRANTS the Commissioner's motion for summary judgment (Dkt. No. 8); DENIES Woodard's motion for summary judgment (Dkt. No. 7); and DISMISSES this civil action WITH PREJUDICE and DIRECTS that it be STRICKEN from the active docket of this Court.

Date: February 23, 2016

*CLERK OF COURT*
Cheryl Dean Riley
J. Musgrave, Deputy Clerk

*Signature of Clerk or Deputy Clerk*